JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICKEY LOUIS ALFORD, | |
| Petitioner, | Case No. CV 11-10688-MMM(AJW) |
| v. | |
| OCTAVIO C. LUNA, | JUDGMENT |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Date: April 30, 2012

*Margaret M. Morrow*
Margaret M. Morrow
United States District Judge